AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG 1 3 2016
, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Manrique OZUNA-Moreno
YOB: 1980  Citizenship: LPR-Mexico

*Defendant(s)*

Case No. M-16-1515-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
On August 12, 2016, Manrique OZUNA-Moreno was detained attempting to enter the United States through the Anzalduas, Texas Port of Entry with approximately 20.66 kilograms of cocaine concealed inside the center console of the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Edgard Reynoso, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/13/2016

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

## Attachment "A"

On August 12, 2016, a white Dodge Ram driven by Manrique OZUNA-Moreno made entry at the Anzalduas, Port of Entry (POE) thru the primary inspection station. OZUNA-Moreno's vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) Rodrigo Rodriguez. CBPO Rodriguez referred the vehicle for a more intensive inspection with a gamma ray machine where anomalies were discovered in the center console of the vehicle. The assistance of CBPO Reynaldo Reyes and Narcotics Detection Dog (NDD)"Qozak" was requested and NDD "Qozak" alerted to the center console area of the vehicle. Further physical inspection of the vehicle revealed a total of 18 packages concealed in the center console of the vehicle. The eighteen (18) packages field tested positive for properties of cocaine. The total weight of the cocaine found was approximately 20.66 kilograms.

Homeland Security Investigations (HSI) Special Agents (SA) were advised of the situation. HSI SA's responded to the Anzalduas Port of Entry to interview OZUNA-Moreno. HSI SA's read OZUNA-Moreno his Miranda rights as witnessed by an HSI Task Force Officer (TFO). OZUNA-Moreno waived his rights in writing and elected to speak to the agents. OZUNA-Moreno stated approximately three (3) weeks ago, an individual hired him to transport illegal narcotics from Allende, Mexico to Houston, Texas. OZUNA-Moreno stated he left Houston, Texas on August 11, 2016, and arrived in Allende, Mexico the morning of August 12, 2016. OZUNA-Moreno stated he dropped his vehicle off in the parking lot of a local restaurant in Allende so that it could be loaded with cocaine. He stated he waited approximately one (1) hour and the vehicle was returned to him at the restaurant. His instructions were to take the cocaine to an unknown location in Houston, Texas. OZUNA-Moreno stated he was going to get paid $15,000 upon delivery of the cocaine.